**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV. 2531**

The Dow Chemical Company

Plaintiff,

-v-

Plasticware, LLC

Defendant.

Case No. _____

**Rule 7.1 Statement**

**JUDGE KARAS**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

The Dow Chemical Company    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The Dow Chemical Company states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

**Date:** March 11, 2008

Signature of Attorney

**Attorney Bar Code:** WM4251

Form Rule7_1.pdf  SDNY Web 10/2007