%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

The Dow Chemical Company

V.

Plasticware, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 2531**

**JUDGE KARAS**

TO: (Name and address of Defendant)

Plasticware, LLC
614 Corporate Way, Suite 1N
Valley Cottage, NY 10989

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ward J. Mazzucco, Esq.
Chipman, Mazzucco, Land & Pennarola, LLC
30 Main Street, Suite 204
Danbury, CT 06810

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(By) DEPUTY CLERK

DATE 3/13/2008

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 26, 2008 @ 3:46 PM |
| NAME OF SERVER *(PRINT)* JAMES T. EDGE | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 614 Corporate Way, Suite 1N Valley Cottage, NY 10989

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __March 29, 2008__        _[signature] Jam T Edge_
              Date                     Signature of Server

__2132 Howard Place__
Address of Server
__Bellmore, NY 11710__

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 2531

Date Filed: 3/13/2008

Plaintiff:
**The Dow Chemical Company,**

vs.

Defendant:
**Plasticware, LLC,**
**State of New York, County of Albany)ss.:**

Received by County Express Process Service to be served on **Plasticware LLC**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **25th day of March, 2008** at **2:15 pm**, I:

Served the within named **LIMITED LIABILITY COMPANY** by delivering two true copies of the **Summons in a Civil Action, Complaint and supporting documents, pursuant to section 303 LLCL together with statutory service fee in the amount of $40.00** to Carol Vogt as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 130, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 27th day of March, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb. 28, 2010

J.R. O'Rourke
Process Server

County Express Process Service
2132 Howard Place
Bellmore, NY 11710
(516) 777-3783

Our Job Serial Number: 2008001128
Ref: 080232

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons, complaint & supporting documents was made by me[(1)] | DATE<br>3/31/2008 @ 10:00 a.m. |
| NAME OF SERVER (PRINT)<br>Timothy C. Bennett | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Christine Smith, records custodian, c/o United Corporate Services, Inc., 874 Walker Road, Suite C, Dover, DE 19901**

**40, F, W, 5'10", 170 pounds, brown hair, no glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/3/2008
             Date

*signature: Timothy C. Bennett*
Timothy C. Bennett

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.