UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
THE DOW CHEMICAL CORPORATION

                Plaintiff

   - against -

PLASTICWARE, LLC,

                Defendant
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Case No. 7:08cv02531-KMK
ECF case

**S I R (S):**

   **PLEASE TAKE NOTICE,** that the undersigned hereby appears as legal counsel on behalf of PLASTICWARE, LLC, in the above-entitled action.

Dated: New York, New York
        June 6, 2008

Respectfully submitted:

_____
Louis Tratner, Esq. (5870)
TRATNER, MOLLOY & GOODSTEIN LLP
Attorneys for Defendant
551 Fifth Avenue
New York, New York 10176
Tel: 212 867 1100
Fax: 212 972 1787

To:   Ward J. Mazucco, Esq.
      Chipman, Mazzucco, Land &
      Pennarola, LLC
      30 Main Street
      Danbury, Connecticut 06810
      Tel: 203 744 1929
      Fax: 203 790 5954